# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 17-PO-5181-JTJ |
|---|---|
| Plaintiff, | VIOLATION: 6564635 |
| vs. | |
| DAVIS BOTHE, | Location Code: M13 |
| Defendant. | ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY that VN 6564635 is DISMISSED.

DATED this 29th day of January 2018.

John Johnston
United States Magistrate Judge